■ In the Matter of STEPHEN HARVEY SEIGEL (Admitted as STEPHEN HARVEY BEZOZO), a Disbarred Attorney. [658 NYS2d 853] —Motion for reinstatement denied with leave to renew upon submission of an application conforming to the standards set forth in 22 NYCRR 603.14 (m). No opinion. Concur—Murphy, P. J., Sullivan, Milonas, Ellerin and Andrias, JJ.